NUMBER 13-07-320-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE: KIRK WAYNE MCBRIDE, SR.


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Benavides, and Vela 


Per Curiam Memorandum Opinion (1)



 Relator, Kirk Wayne McBride, Sr., filed a petition for writ of mandamus in the above
cause on May 23, 2007. The Court requested that the real party in interest, the State of
Texas by and through the Criminal District Attorney in and for Bee County, Texas, or
respondents, the Honorable Joel B. Johnson and District Clerk Anna Marie Silvas, file a
response to relator's petition for writ of mandamus on or before June 25, 2007. 

 The Court, having examined and fully considered the petition for writ of mandamus
and response thereto, is of the opinion that relator has not shown himself entitled to the
relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App.
P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and filed

this 23rd day of July, 2007

 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).